■ S. M. PIRES v FROTA OCEANICA BRASILEIRA, S. A. [— NYS2d —] —Unpublished order of this Court entered on September 14, 2000 (M-3975 and M-4542) recalled and vacated; appeal reinstated and deemed perfected for the January 2001

Term. Concur—Williams, J. P., Tom, Rubin, Saxe and Buckley, JJ.